In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in a Mortgage Covering Premises No. 50–05 43RD AVENUE, WOODSIDE, BOROUGH OF QUEENS, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 181,615.) CANFIELD PROPERTIES CORP. et al., Appellants; WILLIAM T. HARRIS, as Trustee for Certificate Holders, et al., Respondents.

Submitted November 25, 1946; decided January 16, 1947.

*Henry N. Rapaport* and *Salvatore M. Pino, Jr.,* for motion. *William T. Harris, Manuel Weiss* and *Carl Brecher* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.